**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
December 13, 2007

_____

In re:

Stephen M. Parizo and
Mia R. Parizo,
       Debtors.

Chapter 7 Case
# 07-10834

_____

# ORDER
### REQUIRING DEBTORS' COUNSEL TO PROVIDE SUPPORT FOR ATTORNEY'S FEES

    WHEREAS the Debtors' bankruptcy petition includes a statement pursuant to Fed. R. Bankr. P. 2016(b) showing that the Debtors' attorney charged them a legal fee of $2,500.00 for filing their case; and

    WHEREAS that fee is higher than the usual fee charged in this type of case and the documents filed do not indicate any unique or complicated circumstances that would warrant such a fee; and

    WHEREAS the Court has an independent duty under 11 U.S.C. § 329 to examine the fees that debtors pay to their attorneys; and

    WHEREAS the Court would appreciate any information gleaned by the chapter 7 trustee during the course of the first § 341 meeting scheduled for February 6, 2008, and/or through his due diligence in connection with this case, that appears relevant to this Court's consideration of the reasonableness of the fee the Debtors paid to their attorney; and

    WHEREAS the Court is presently unable to assess the reasonableness of the attorney's fees paid by the Debtors because no timesheets or narratives have been submitted that explain why the fee in this case should exceed the typical fee charged to debtors in chapter 7 cases where there is no real estate and there appear to be no non-exempt assets;

    THEREFORE, IT IS HEREBY ORDERED that, by January 21, 2008, the Debtors' attorney shall file a narrative explanation and time sheets to support the fee the Debtors paid him for this case.

    IT IS FURTHER ORDERED that if the chapter 7 trustee becomes aware of any factor that is relevant to the Court's consideration of the reasonableness of the Debtors' attorney's fees, he shall file a statement containing that information by February 13, 2008, and the Office of the U.S. Trustee may also file a statement with regard to the fees paid in this case, if it so chooses, by February 13, 2008.

    IT IS FURTHER ORDERED that the Court will hold a hearing, pursuant to 11 U.S.C. § 329, on the issue of the reasonableness of the Debtors' attorney's fees on **March 4, 2008 at 9:45 a.m.** (unless the Court enters an Order addressing the attorney's fees prior to that date).

                                                            /s/ Colleen A. Brown
                                                          _____

Rutland, Vermont                                               Hon. Colleen A. Brown
December 12, 2007                                        U.S. Bankruptcy Judge